ntdishrgcr13.jsp

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re: James E. Brown Jr. <br> Tamara L. Brown | CASE NO. 16–60323 |
|---|---|
| Debtor(s) | CHAPTER 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**CONCERNING ISSUANCE OF DISCHARGE**

The Trustee has filed a Report of Completion of Plan Payments and the Debtor(s) has/have filed a Certification of Compliance with 11 U.S.C. §1328. You are hereby notified that the Court may grant to the Debtor(s), if otherwise appropriate, a Chapter 13 discharge without further notice or hearing if no creditor or other party in interest files with the Court within 30 days of the mailing of this Notice a request for a hearing and the basis for such request. If a timely request for a hearing is filed, a discharge hearing will be held at a date and time specified by the Court. YOU ARE FURTHER NOTIFIED THAT THE TERM "CREDITOR" INCLUDES ANY PERSON TO WHOM A DEBTOR OWES A DELINQUENT "DOMESTIC SUPPORT OBLIGATION" AS DEFINED IN 11 U.S.C. §101(14A).

**Date:** 5/8/23

James W. Reynolds
Clerk of Court

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 16-60323-rbc |
| James E. Brown, Jr. | Chapter 13 |
| Tamara L. Brown | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 5 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgcr | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Brown, Jr., Tamara L. Brown, 20335 Mountain Track Rd., Orange, VA 22960-3365 |
| cr | + | MEB Loan Trust IV, SHAPIRO & BROWN LLP, 501 Independence Parkway, SUITE203, CHESAPEAKE, VA 23320-5174 |
| cr | + | U.S. Bank Trust National Association as Trustee fo, Shapiro & Brown, LLP, 501 Independence Parkway, Suite 203, Chesapeake, Va 23320-5174 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, BWW Law Group, LLC, 8100 Three Chopt Rd. Suite 240, Suite 240, Richmond, VA 23229-4833 |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ, PO Box 814609, Dallas, TX 75381-4609 |
| 4293115 | + | Atlantic Credit & Finance SFU III, LLC, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 4248534 | + | BSI Financial Services, c/o M. Christine Maggard, Attorney for BSI Financial Services, 484 Viking Dr., Ste 110, Virginia Beach, VA 23452-7440 |
| 4248532 | + | Brock and Scott, 5121 Parkway Plaza Boulevard, Suite 300, Charlotte, NC 28217-1965 |
| 4237228 | ++ | CHARLOTTESVILLE RADIOLOGY LTD, PO BOX 197, STATE COLLEGE PA 16804-0197 address filed with court:, Charlottesville Radiology, 500 Martha Jefferson Dr., Charlottesville, VA 22911 |
| 4237231 | + | Citibank Goodyear, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 4237236 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 4289429 | + | Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283-4573 |
| 4237237 | + | Dr. Susan M. Wilcox, MD, 501 Sunset Ln., Culpeper, VA 22701-3917 |
| 4242565 | + | Farmers & Merchants Bank, P. O. Box 26, Elkton, VA 22827-0026 |
| 4242431 | + | Farmers & Merchants Bank, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| 4237239 | + | Farmers and Merchants Bank, P.O. Box 1111, Timberville, VA 22853-1111 |
| 4669121 | + | Fay Servicing, LLC, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229, 804) 282-0463 (phone) 23229-4833 |
| 4237240 | #+ | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 4237243 | | HSBC, P.O. Box 30275, Salt Lake City, UT 84130-0275 |
| 4389749 | + | Keith's Auto Sales, Inc., 6158 Spotswood Trail, Penn Laird, VA 22846-9767 |
| 4237246 | + | Kramer, Linkie & Taylor, LLC, Four Piedmont Center, Suite 205, 3565 Piedmont Road, NE, Rockville, MD 30305-8202 |
| 5096611 | + | LOGS Legal Group, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| 4237248 | + | Martha Jefferson Surgical Assoc., 500 Martha Jefferson Hospital, Charlottesville, VA 22911-4668 |
| 4476738 | + | Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| 4237252 | + | Scott Kroner, PLC, 418 E. Water St., P.O. Box 2737, Charlottesville, VA 22902-2737 |
| 4237253 | # | Snap Diagnostics, 5210 Capital Drive, Wheeling, IL 60090-7901 |
| 4931928 | + | U.S. Bank Trust National Association as Trustee fo, c/o Shapiro & Brown, LLP, 501 Independence Parkway, Suite 203, Chesapeake, VA 23320-5174 |
| 4237258 | + | UVA Culpeper Hospital, 501 Sunset Ln., Culpeper, VA 22701-3917 |
| 4237259 | + | UVA Physicians Group, P.O. Box 9007, Charlottesville, VA 22906-9007 |
| 4292786 | + | Ventures Trust 2013 I-H-R by MCM Capital Partners,, BSI Financial Services, 7500 Old Georgetown Rd, Bethesda, MD 20814-6133 |
| 5035607 | + | Wilmington Savings, Fund Society, FSB, d/b/a Christiana Trus, BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |

TOTAL: 31

| District/off: 0423-6 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: ntchrgcr | Total Noticed: 71 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4237222 | + | Email/Text: legal@arsnational.com | May 08 2023 20:49:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 4237223 | | Email/Text: g20956@att.com | May 08 2023 20:49:00 | AT&T, P.O. Box 536216, Atlanta, GA 30353-6216 |
| 4237221 | + | Email/Text: bnc@teampurpose.com | May 08 2023 20:49:00 | Advance America, 135 North Church St., Spartanburg, SC 29306-5138 |
| 4305651 | + | Email/Text: bnc@teampurpose.com | May 08 2023 20:49:00 | Advance America, Attn: Advance America, 4023 Kennet Pike, Suite 154, Greenville, DE 19807-2018 |
| 4392482 | + | Email/Text: bncmail@w-legal.com | May 08 2023 20:49:00 | BSI Financial Services, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 4248533 | + | Email/Text: bankruptcy@bsifinancial.com | May 08 2023 20:49:00 | BSI Financial Services, 314 S Franklin Street, Titusville, Pennsylvania 16354-2168 |
| 4237225 | + | Email/Text: bankruptcy@bsifinancial.com | May 08 2023 20:49:00 | BSI Financial Services, 314 S. Franklin St, Titusville, PA 16354-2168 |
| 4590556 | + | Email/PDF: rmscedi@recoverycorp.com | May 08 2023 20:49:57 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4261637 | | Email/PDF: rmscedi@recoverycorp.com | May 08 2023 20:50:05 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 4237226 | + | Email/Text: bankruptcynotices@cfstwo.com | May 08 2023 20:49:00 | CFS2 Inc., 2488 E. 81st St., Ste 500, Tulsa, OK 74137-4214 |
| 4237233 | | Email/Text: bankruptcy@credcontrol.com | May 08 2023 20:49:00 | Credit Control Corp., 11821 Rock Landing Dr., Newport News, VA 23606 |
| 4283083 | | Email/PDF: bncnotices@becket-lee.com | May 08 2023 21:00:27 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4237230 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2023 20:49:58 | Citi, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 4237232 | + | Email/Text: bankruptcy@consumerportfolio.com | May 08 2023 20:49:00 | Consumer Portfolio Svc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 4237235 | + | Email/Text: electronicbkydocs@nelnet.net | May 08 2023 20:49:00 | Dept. of Education/Nelnet, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 4237238 | | Email/Text: ECMCBKNotices@ecmc.org | May 08 2023 20:49:00 | ECMC, 1 Imation Pl., Oakdale, MN 55128 |
| 4272705 | | Email/Text: ECMCBKNotices@ecmc.org | May 08 2023 20:49:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 4502649 | | Email/Text: ECF@fayservicing.com | May 08 2023 20:49:00 | Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006 |
| 4481594 | | Email/Text: ECF@fayservicing.com | May 08 2023 20:49:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 753814609 |
| 4237241 | + | Email/Text: bankruptcy@fncbinc.com | May 08 2023 20:49:00 | First National Collection Bureau, 610 Waltham Way, Sparks, NV 89437-6695 |
| 4237242 | + | Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:49:51 | GE Money Bank, 1600 Summer St., Fifth Floor, Stamford, CT 06905-5125 |
| 4237244 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 08 2023 20:49:00 | HSBC, P.O. Box 9068, Brandon, FL 33509-9068 |
| 4237229 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 08 2023 20:50:04 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |

| District/off: 0423-6 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: ntchrgcr | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4237245 | + | Email/Text: PBNCNotifications@peritusservices.com | May 08 2023 20:49:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5096611 | ^ | MEBN | May 08 2023 20:43:52 | LOGS Legal Group, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| 4305649 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | May 08 2023 20:49:00 | Martha Jefferson Hospital, 500 Martha Jefferson Drive, Charlottesville VA 22911-4668 |
| 4237249 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2023 20:49:00 | Midland Funding, 2365 Northside Dr., Suite 300, San Diego, CA 92108-2710 |
| 4237251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2023 20:49:51 | Portfolio Recovery Assoc., 120 Corporate Blvd., Ste 1, Norfolk, VA 23502 |
| 4256661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2023 20:49:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4260859 | | Email/Text: bnc-quantum@quantum3group.com | May 08 2023 20:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4843624 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 08 2023 20:49:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 4237247 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | May 08 2023 20:49:00 | Sentara Martha Jefferson Hospital, 590 Peter Jefferson Pkwy, Charlottesville, VA 22911-4628 |
| 4237254 | + | Email/Text: bankruptcy@bbandt.com | May 08 2023 20:49:00 | Suntrust Bank, P.O. Box 85092, Richmond, VA 23285-5092 |
| 4237255 | + | Email/PDF: tbiedi@PRAGroup.com | May 08 2023 20:49:58 | The Bureaus Inc., 650 Dundee Road, Northbrook, IL 60062-2747 |
| 4237256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2023 20:50:05 | Tractor Supply/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4314940 | | Email/Text: EDBKNotices@ecmc.org | May 08 2023 20:49:00 | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 4867400 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 08 2023 20:49:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4237257 | + | Email/Text: edbknotices@ecmc.org | May 08 2023 20:49:00 | US Dept. Of Education/GSL, 400 Maryland Ave. SW, Washington, D.C. 20202-0008 |
| 4237260 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 20:50:04 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 4291454 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 20:50:05 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 4292336 | | Email/PDF: bncnotices@becket-lee.com | May 08 2023 21:00:25 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BSI Financial Services |
| cr | | Bank of America, N.A. |
| cr | | Fay Servicing, LLC |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | Farmers & Merchants Bank, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | *+ | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | *+ | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

| District/off: 0423-6 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: ntchrgcr | Total Noticed: 71 |

| | | |
|---|---|---|
| 4237234 | *P++ | CREDIT CONTROL CORPORATION, ATTN CREDIT CONTROL CORPORATION, 11821 ROCK LANDING DR, NEWPORT NEWS VA 23606-4225, address filed with court:, Credit Control Corp., 11821 Rock Landing Dr, Newport News, VA 23606 |
| 4305650 | *+ | Dr. Susan M. Wilcox, MD, 501 Sunset Ln., Culpeper, VA 22701-3917 |
| 4237224 | ##+ | Brock & Scott, PLLC, 484 Viking Dr., Suite 203, Virginia Beach, VA 23452-7321 |
| 4237227 | ##+ | Charlottesville Bureau of Credit, 3690 Dobleann Dr., Charlottesville, VA 22911-9088 |
| 4237250 | ##+ | NC Financial Solutions, 1201 A3 Stafford Street, Monroe, NC 28110-3299 |

TOTAL: 5 Undeliverable, 5 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Andrew Todd Rich
  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust trich@mtglaw.com, ecfnotifications@mtglaw.com

Angela M. Scolforo (499275)
  ascolforo@cvillech13.net

Angela M. Scolforo (499275)
  on behalf of Trustee Angela M. Scolforo (499275) ascolforo@cvillech13.net

Daniel Alan Ross
  on behalf of Creditor BSI Financial Services dross@hillwallack.com  drosshw@ecf.courtdrive.com

Gregory N. Britto
  on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust gbritto@logs.com logsecf@logs.com

Hannah White Hutman
  on behalf of Creditor Farmers & Merchants Bank hhutman@hooverpenrod.com scurtis@hooverpenrod.com;hpnotices@gmail.com;hooverpenrodign@outlook.com;HooverPenrodPLC@jubileebk.net

John C. Morgan, Jr
  on behalf of Plaintiff James E. Brown  Jr. rhonda@newdaylegal.com, jcmlaw123@gmail.com;r49876@notify.bestcase.com;robin@newdaylegal.com;christy@newdaylegal.com;sydney@newdaylegal.com

Johnie Rush Muncy
  on behalf of Creditor Bank of America  N.A. jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Katie Dickinson
  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust katie.dickinson@bww-law.com, bankruptcy@bww-law.com

Mary Christine Maggard
  on behalf of Creditor BSI Financial Services christine.maggard@brockandscott.com vaecf@brockandscott.com;cecily.perry@brockandscott.com

Mary F. Balthasar Lake
  on behalf of Creditor MEB Loan Trust IV LOGSECF@logs.com

Scott Wilder Carpenter

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 5 of 5 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgcr | Total Noticed: 71 |

| | |
|---|---|
| | on behalf of Joint Debtor Tamara L. Brown scott@newdaylegal.com CarpenterSR49876@notify.bestcase.com;rhonda@newdaylegal.com;robin@newdaylegal.com;andy@newdaylegal.com |
| Scott Wilder Carpenter | on behalf of Debtor James E. Brown Jr. scott@newdaylegal.com, CarpenterSR49876@notify.bestcase.com;rhonda@newdaylegal.com;robin@newdaylegal.com;andy@newdaylegal.com |
| Suad Bektic | on behalf of Joint Debtor Tamara L. Brown sbektic@newdaylegal.com bekticsr49876@notify.bestcase.com;rhonda@newdaylegal.com;jcmlaw123@gmail.com;robin@newdaylegal.com;andy@newdaylegal.com |
| Suad Bektic | on behalf of Debtor James E. Brown Jr. sbektic@newdaylegal.com, bekticsr49876@notify.bestcase.com;rhonda@newdaylegal.com;jcmlaw123@gmail.com;robin@newdaylegal.com;andy@newdaylegal.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 16